UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


BRIDGEPORT MUSIC, INC., ET AL.   )
                                 )
v.                               )        No. 3:01-0805
                                 )        Judge Higgins
BROOKLYN DUST MUSIC, ET AL.      )

O R D E R


The above-styled case having been closed, it is hereby ORDERED
that:

(x )  The party or parties who submitted material under seal
      (Docket Entry No. 92) shall retrieve the same within ten
      (10) days of the date of entry of this Order on the
      docket.  If the material is not retrieved within the time
      specified, the Clerk is directed to destroy the material.

(  )  The Clerk is directed to unseal the attached material and
      make them part of the record.

(  )  The Clerk is directed to shred the attached sealed
      material.

(  )  The Clerk is directed to maintain the attached material
      under seal.


                         _____
                         Thomas A. Higgins
                         United States District Judge
                         10-8-10